FILED

12 OCT 16 AM 10: 47

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 11CR1728-BEN |
|---|---|
| Plaintiff, | ) |
| v. | ) JUDGMENT AND ORDER OF |
| | ) DISMISSAL OF INFORMATION, |
| RENEE FLOR SICAT, | ) EXONERATE THE BOND, AND |
| | ) PASSPORT BE RELEASED |
| Defendant. | ) BY PRETRIAL IF HELD |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS HEREBY ORDERED that the information in the above entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

IT IS SO ORDERED.

DATED: 10/15/12.

_____
HONORABLE CATHY ANN BENCIVENGO
United States District Court Judge